UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE LEISURE

---

TEMPO NETWORKS, LLC

        Plaintiff,

    v.

CABLE & WIRELESS JAMAICA LIMITED

        Defendant.

RULE 7.1
DISCLOSURE STATEMENT

Case No. 08  CV  2422

---

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT OF TEMPO NETWORKS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Tempo Networks, LLC

respectfully submits this corporate disclosure statement.  Tempo Networks, LLC is a wholly-

owned subsidiary of Caribbean Project Acquisition, LLC, a Delaware limited liability company.

No publicly held corporation owns 10% or more of Tempo Networks, LLC's stock.

DATED: March 10, 2008
      New York, New York

MAR 10 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Respectfully submitted,

By: _____
     Richard S. Goldstein (RG 9560)
     Heller Ehrman LLP
     Times Square Tower
     7 Times Square
     New York, NY 10036-6524
     Richard.Goldstein@hellerehrman.com
     Telephone: (212) 832-8300
     Facsimile: (212) 763-7600