```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|17|08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEMPO NETWORKS, LLC | Case No. 08-CV-2422 (PKL) (AJP) |
| Plaintiff, | JOINT STIPULATION RE: EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT |
| v. | |
| CABLE & WIRELESS JAMAICA LIMITED, | |
| Defendant. | |

Plaintiff Tempo Networks, LLC ("Plaintiff") and Defendant Cable & Wireless Jamaica Limited ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

Whereas, Plaintiff filed its complaint ("Complaint") in the above-captioned action on March 10, 2008;

Whereas, Defendant is a foreign limited company located in Kingston, Jamaica;

Whereas, counsel for Defendant is located in New York, New York;

Whereas, the Parties have agreed that counsel for Defendant will accept service of the Complaint as of March 17, 2008 on behalf of Defendant;

Whereas, the Parties have further agreed that Defendant will have forty-five (45) days to answer, move or otherwise respond to the Complaint, and that Defendant's response to the Complaint is therefore due on or before May 1, 2008; and

Whereas, the Parties have further agreed that Defendant will not seek any additional extensions of time to answer, move, or otherwise respond to the Complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Defendant accepts service of the Complaint as of March 17, 2008.

2. Defendant shall answer, move, or otherwise respond to the Complaint on or before May 1, 2008.

3.    Defendant shall not seek any further extension of time in which to answer, move, or otherwise respond to the Complaint.

DATED: March *!/* , 2008          Respectfully Submitted,
       New York, New York          HELLER EHRMAN LLP

By: _____
      Richard S. Goldstein (RG 9560)
      richard.goldstein@hellerehrman.com
      Andrew Levine (AL 3552)
      andrew.levine@hellerehrman.com
      Heller Ehrman LLP
      7 Times Square
      New York, NY 10036-6524
      Telephone: (212) 832-8300
      Facsimile: (212) 763-7600

*Of Counsel:*

Andrew M. White (CA STATE BAR NO. 60181)
awhite@whiteo.com
David E. Fink (CA STATE BAR NO. 169212)
dfink@whiteo.com
Erin H. Fox (CA STATE BAR NO. 245633)
efox@whiteo.com

White O'Connor Curry LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

*Attorneys for plaintiff Tempo Networks, LLC*

DATED: March   , 2008                    GREGORY P. JOSEPH LAW OFFICES LLC
          New York, New York
                                    By: _____
                                         Gregory P. Joseph (GJ 1210)
                                         gjoseph@josephnyc.com
                                         Jeffrey H. Zaiger (JZ 1208)
                                         jzaiger  josephnyc.com
                                         Gregory P. Joseph Law Offices LLC
                                         485 Lexington Avenue
                                         New York, New York 10017
                                         Telephone: (212) 407-1200
                                         Facsimile: (212) 407-1299

                                         *Attorneys for defendant*
                                         *Cable & Wireless Jamaica Limited*


SO ORDERED:

_____
The Honorable Peter K. Leisure
United States District Judge        3/17/08