UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard S. Goldstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Erin H. Fox |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067-4008 |
| Phone Number: | 310-712-6100 |
| Fax Number: | 310-712-6199 |

Ms. Fox is a member in good standing of the bar of the State of California (see attached certificate of good standing).

There are no pending disciplinary proceedings against Ms. Fox in any State or Federal court.

Dated: March 14, 2008
    New York, New York

Respectfully submitted,

*/s/ Richard S. Goldstein*

Sponsor: Richard S. Goldstein

| | |
|---|---|
| SDNY Bar: | RG-9560 |
| Firm Name: | Heller Ehrman LLP |
| Address: | Times Square Tower, 7 Times Square |
| City/State/Zip: | New York, New York 10036 |
| Phone Number: | 212-847-8704 |
| Fax Number: | 212-763-7600 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

AFFIDAVIT OF RICHARD S. GOLDSTEIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

State of New York    )
                              ) ss:
County of New York  )

Richard S. Goldstein, being duly sworn, hereby deposes and says as follows:

1. I am a Shareholder of Heller Ehrman LLP, counsel for plaintiff Tempo Networks, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff Tempo Networks, LLC's motion to admit Erin H. Fox as counsel *pro hac vice* to represent plaintiff Tempo Networks, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Erin H. Fox since 2008.

4. Ms. Fox is associated with White O'Connor Curry LLP, in Los Angeles, California. Plaintiff is a new client of White O'Connor Curry LLP.

5. I believe Ms. Fox to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I respectfully move for the admission of Erin H. Fox, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Erin H. Fox, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Erin H. Fox, *pro hac vice*, to represent plaintiff Tempo Networks, LLC in the above captioned matter, be granted.

Dated: March 14, 2008
       New York, New York

Notarized: LEIGH WYATT
NOTARY PUBLIC, State of New York
No. 01WY6162365
Qualified in Nassau County
Commission Expires March 12, 2011

Respectfully submitted,

/s/ Richard S. Goldstein
Name of Movant: Richard S. Goldstein

SDNY Bar Code: RG-9560

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIN H. FOX, #245633 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Richard S. Goldstein, attorney for plaintiff Tempo Networks, LLC in the above-captioned case,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Erin H. Fox |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067-4008 |
| Telephone/Fax: | 310-712-6100/310-712-6199 |
| Email Address: | efox@whiteo.com |

is admitted to practice *pro hac vice* as counsel for plaintiff Tempo Networks, LLC in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

                                        United States District Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEMPO NETWORKS, LLC

      Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

      Defendant.

**Case No. 08-CV-2422 (PKL) (AJP)**

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard S. Goldstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:  Andrew M. White
    Firm Name:  White O'Connor Curry LLP
    Address:  10100 Santa Monica Boulevard, Suite 2300
    City/State/Zip:  Los Angeles, California 90067-4008
    Phone Number:  310-712-6100
    Fax Number:  310-712-6199

Mr. White is a member in good standing of the bar of the State of California (see attached certificate of good standing).

There are no pending disciplinary proceedings against Mr. White in any State or Federal court.

Dated: March 14, 2008
    New York, New York

    Respectfully submitted,

    */s/ Richard S. Goldstein*
    Sponsor: Richard S. Goldstein

    SDNY Bar:  RG-9560
    Firm Name:  Heller Ehrman LLP
    Address:  Times Square Tower, 7 Times Square
    City/State/Zip:  New York, New York 10036
    Phone Number:  212-847-8704
    Fax Number:  212-763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**AFFIDAVIT OF RICHARD S. GOLDSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York  )
                       ) ss:
County of New York )

Richard S. Goldstein, being duly sworn, hereby deposes and says as follows:

1. I am a Shareholder of Heller Ehrman LLP, counsel for plaintiff Tempo Networks, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff Tempo Networks, LLC's motion to admit Andrew M. White as counsel *pro hac vice* to represent plaintiff Tempo Networks, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Andrew M. White since 2008.

4. Mr. White is a partner at White O'Connor Curry LLP, in Los Angeles, California. Plaintiff is a new client of White O'Connor Curry LLP.

5. I have found Mr. White to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I respectfully move for the admission of Andrew M. White, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Andrew M. White, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Andrew M. White, *pro hac vice*, to represent plaintiff Tempo Networks, LLC in the above captioned matter, be granted.

Dated: March 14, 2008
      New York, New York

Notarized: [signature and notary stamp]

Respectfully submitted,

[signature]

Name of Movant: Richard S. Goldstein

SDNY Bar Code: RG-9560

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW MILLAR WHITE, #060181 was admitted to the practice of law in this state by the Supreme Court of California on June 18, 1974; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Richard S. Goldstein, attorney for plaintiff Tempo Networks, LLC in the above-captioned case,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew M. White |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067-4008 |
| Telephone/Fax: | 310-712-6100/310-712-6199 |
| Email Address: | awhite@whiteo.com |

is admitted to practice *pro hac vice* as counsel for plaintiff Tempo Networks, LLC in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

                                          United States District Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard S. Goldstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:  David E. Fink
    Firm Name:  White O'Connor Curry LLP
    Address:  10100 Santa Monica Boulevard, Suite 2300
    City/State/Zip:  Los Angeles, California 90067-4008
    Phone Number:  310-712-6100
    Fax Number:  310-712-6199

Mr. Fink is a member in good standing of the bar of the State of California (see attached certificate of good standing).

There are no pending disciplinary proceedings against Mr. Fink in any State or Federal court.

Dated: March 14, 2008
    New York, New York

    Respectfully submitted,

    */s/ Richard S. Goldstein*
    Sponsor: Richard S. Goldstein

    SDNY Bar:  RG-9560
    Firm Name:  Heller Ehrman LLP
    Address:  Times Square Tower, 7 Times Square
    City/State/Zip:  New York, New York 10036
    Phone Number: 212-847-8704
    Fax Number:  212-763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**AFFIDAVIT OF RICHARD S. GOLDSTEIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***

---

State of New York   )
                             ) ss:
County of New York )

Richard S. Goldstein, being duly sworn, hereby deposes and says as follows:

1. I am a Shareholder of Heller Ehrman LLP, counsel for plaintiff Tempo Networks, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff Tempo Networks, LLC's motion to admit David E. Fink as counsel *pro hac vice* to represent plaintiff Tempo Networks, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David E. Fink since 2008.

4. Mr. Fink is a partner at White O'Connor Curry LLP, in Los Angeles, California. Plaintiff is a new client of White O'Connor Curry LLP.

5. I have found Mr. Fink to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I respectfully move for the admission of David E. Fink, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of David E. Fink, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David E. Fink, *pro hac vice*, to represent plaintiff Tempo Networks, LLC in the above captioned matter, be granted.

Dated: March 14, 2008
       New York, New York

Notarized:   LEIGH WYATT
              NOTARY PUBLIC, State of New York
              No. 01WY6102365
              Qualified in Nassau County
              Commission Expires March 12, 2011

Respectfully submitted,

Name of Movant: Richard S. Goldstein

SDNY Bar Code: RG-9560

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID EDWARD FINK, #169212 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

       Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

       Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Richard S. Goldstein, attorney for plaintiff Tempo Networks, LLC in the above-captioned case,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David E. Fink |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067-4008 |
| Telephone/Fax: | 310-712-6100/310-712-6199 |
| Email Address: | dfink@whiteo.com |

is admitted to practice *pro hac vice* as counsel for plaintiff Tempo Networks, LLC in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

## CERTIFICATE OF SERVICE

I, Andrew Levine, an attorney, hereby certify that, on the 14th day of March 2008, I caused true and correct copies of plaintiff Tempo Network, LLC's Motions to Admit Counsel *Pro Hac Vice*, Affidavits of Richard S. Goldstein in Support of Motions to Admit Counsel *Pro Hac Vice*, and Proposed Orders for Admission *Pro Hac Vice* on Written Motion in the above captioned case to be served on defendant Cable & Wireless Jamaica Limited's counsel listed below by Federal Express:

Gregory P. Joseph
Jeffrey H. Zaiger
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

Dated: New York, New York
       March 14, 2008

                                                      Andrew Levine