```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEMPO NETWORKS, LLC

       Plaintiff,

  v.

CABLE & WIRELESS JAMAICA LIMITED

       Defendant.

**Case No. 08-CV-2422 (PKL) (AJP)**

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Richard S. Goldstein, attorney for plaintiff Tempo Networks, LLC in the above-captioned case,

**IT IS HEREBY ORDERED** that

    Applicant's Name:  David E. Fink

    Firm Name:        White O'Connor Curry LLP

    Address:           10100 Santa Monica Boulevard, Suite 2300

    City/State/Zip:     Los Angeles, California 90067-4008

    Telephone/Fax:    310-712-6100/310-712-6199

    Email Address:     dfink@whiteo.com

is admitted to practice *pro hac vice* as counsel for plaintiff Tempo Networks, LLC in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: **3/25/08**
New York, New York

United States District Judge

FOR OFFICE USE ONLY  FEE PAID $ _____     SDNY RECEIPT# _____