```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Richard S. Goldstein, attorney for plaintiff Tempo Networks, LLC in the above-captioned case,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew M. White |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067-4008 |
| Telephone/Fax: | 310-712-6100/310-712-6199 |
| Email Address: | awhite@whiteo.com |

is admitted to practice *pro hac vice* as counsel for plaintiff Tempo Networks, LLC in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 3/25/08
New York, New York

                                                      _____
                                                    United States District Judge

FOR OFFICE USE ONLY  FEE PAID $ _____  SDNY RECEIPT# _____