**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tempo Networks, LLC,                                          ) | |
| )| |
| )| |
| *Plaintiff,*                    )| |
| )| Civil Action No. 08 CV 2422 (PKL) |
| -against-                        )| ECF Case |
| )| |
| Cable & Wireless Jamaica Limited,             )| **NOTICE OF MOTION** |
| )| |
| *Defendant.*                   )| |
| )| |

   **PLEASE TAKE NOTICE** that Defendant Cable & Wireless Jamaica Limited will move this Court, the Honorable Peter K. Leisure, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing Plaintiff Tempo Networks, LLC's complaint.  This motion is made upon the accompanying Memorandum of Law, dated May 1, 2008, and all files, records and proceedings in this action.

Respectfully submitted,

Dated:   New York, New York
         May 1, 2008

                    GREGORY P. JOSEPH LAW OFFICES LLC

                    By: _____
                          Gregory P. Joseph (GJ-1210)
                          (gjoseph@josephncy.com)
                    Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
                    Jeffrey H. Zaiger (JZ-1208) (jzaiger@josephnyc.com)
                    485 Lexington Avenue, 30th Floor
                    New York, New York 10017
                    Telephone:  (212) 407-1200

                    *Attorneys for Defendant Cable and Wireless*
                    *Jamaica Limited*

To:   Richard S. Goldstein
Andrew Levine
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300

*Of Counsel*

Andrew M. White
David E. Fink
Erin H. Fox
WHITE O'CONNOR CURRY LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
(310) 712-6100

*Attorneys for Plaintiff*

610626