UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| TEMPO NETWORKS, LLC | Case No. 08-CV-2422 (PKL) (AJP) |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| CABLE & WIRELESS JAMAICA LIMITED, | |
| Defendant. | |

------------------------------------------------------------

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that White O'Connor, Fink & Brenner LLP in its capacity as counsel for Tempo Networks LLC, hereby appears in this action and requests that all pleadings, notices, orders, correspondence, and other papers be served on the undersigned.

Dated: May 5, 2008

**WHITE O'CONNOR FINK & BRENNER LLP**

By _____
Andrew M. White (CA STATE BAR NO. 60181)
*Admitted pro hac vice*
awhite@whiteo.com
David E. Fink (CA STATE BAR NO. 169212)
*Admitted pro hac vice*
dfink@whiteo.com
Erin H. Fox (CA STATE BAR NO. 245633)
*Admitted pro hac vice*
efox@whiteo.com
White O'Connor Fink & Brenner LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone (310) 712-6100
Facsimile (310) 712-6199