

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMPO NETWORKS, LLC

    Plaintiff,

v.

CABLE & WIRELESS JAMAICA LIMITED,

    Defendant.

Case No. 08-CV-2422 (PKL) (AJP)

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR CABLE & WIRELESS JAMAICA LIMITED'S MOTION TO DISMISS

    Plaintiff Tempo Networks, LLC ("Plaintiff") and Defendant Cable & Wireless Jamaica Limited ("Defendant") (collectively, the "Parties") hereby stipulate and agree through their respective counsel of record as follows:

    Whereas, Defendant filed its motion to dismiss ("Motion") the complaint in the above-captioned action on May 1, 2008;

    Whereas, the Parties have agreed that Plaintiff will serve and file any opposition papers in response to the Motion no later than May 15, 2008; and

    Whereas, the Parties have agreed that Defendant will serve and file any reply papers in support of the Motion no later than May 29, 2008.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff will serve and file any opposition papers in response to Defendant's motion to dismiss no later than May 15, 2008.

2. Defendant will serve and file any reply papers in support of its motion to dismiss no later than May 29, 2008.

[SIGNATURES ON NEXT PAGE]

224855.1.doc

Respectfully Submitted,

DATED: May 5, 2008
Los Angeles, California

WHITE O'CONNOR FINK & BRENNER LLP

By: _____
Andrew M. White (CA STATE BAR NO. 60181)
awhite@whiteo.com
*admitted pro hac vice*
David E. Fink (CA STAGE BAR NO. 169212)
dfink@whiteo.com
Erin H. Fox (CA STATE BAR NO. 245633)
efox@whiteo.com
*admitted pro hac vice*
White & O'Connor Curry LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone (310) 712-6100
Facsimile: (310) 712-6199

*Co-counsel*

HELLER EHRMAN LLP
Richard S. Goldstein (RG 9560)
richard.goldstein@hellerehrman.com
Andrew Levine (AL 3552)
andrew.levine@hellerehrman.com
Heller Ehrman LLP
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for plaintiff Tempo Networks, LLC*

DATED: May 5, 2008
New York, New York

GREGORY P. JOSEPH LAW OFFICES LLC

By: _____
Gregory P. Joseph (GJ 1210)
gjoseph@josephnyc.com
Mara Leventhal (ML 1218)
mleventhal@josephnyc.com
Jeffrey H. Zaiger (JZ 1208)
jzaiger@josephnyc.com
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue
New York, NY 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

*Attorneys for defendant Cable & Wireless Jamaica Limited*

SO ORDERED:

_____  5/8/08
The Honorable Peter K. Leisure
United States District Judge