UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tempo Networks, LLC, | ) <br> ) <br> ) |
| *Plaintiff,* | ) <br> ) Civil Action No. 08 CV 2422 (PKL) |
| -against- | ) ECF Case <br> ) |
| Cable & Wireless Jamaica Limited, | ) <br> ) <br> ) |
| *Defendant.* | ) <br> ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance in this matter on behalf of defendant Cable & Wireless Jamaica Limited, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: May 13, 2008

GREGORY P. JOSEPH LAW OFFICES

Mara Leventhal (ML-1218)
(mleventhal@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: 212-407-1200
Fax: 212-407-1281
*Attorney for Defendant Cable & Wireless Jamaica Limited*