UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tempo Networks, LLC,<br><br>          *Plaintiff,*<br><br>-against-<br><br>Cable & Wireless Jamaica Limited,<br><br>          *Defendant.* | )<br>)<br>)<br>)<br>) Civil Action No. 08 CV 2422 (PKL)<br>) ECF Case<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of defendant Cable & Wireless Jamaica Limited, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: May 13, 2008

                              GREGORY P. JOSEPH LAW OFFICES

                              _____
                              Jeffrey H. Zaiger (JZ-1208)
                              (jzaiger@josephnyc.com)
                         485 Lexington Avenue, 30th Floor
                         New York, NY 10017
                         Telephone: 212-407-1200
                         Fax: 212-407-1281
                         *Attorney for Defendant Cable & Wireless Jamaica Limited*