

**GREGORY P. JOSEPH LAW OFFICES LLC**

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JOSEPHNYC.COM

JEFFREY H. ZAIGER
DIRECT DIAL: (212) 407-1210
DIRECT FAX: (212) 407-1280
EMAIL: jzaiger@josephnyc.com

FACSIMILE
(212) 407-1299

**MEMO ENDORSED**

June 6, 2008

**By Federal Express**
Hon. Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Tempo Networks, LLC v. Cable & Wireless Jamaica Limited,*
       08 Civ. 2422 (PKL)

Dear Judge Leisure:

    I write on behalf of all counsel to inform the Court that the parties have agreed, in principle, to a settlement in the above-referenced action pursuant to which a Stipulation of Dismissal With Prejudice will be filed by early July 2008.

    Presently, the above-referenced action has been stayed until June 9, 2008 by a Joint Stipulation and Order filed on May 29, 2008, a copy of which is enclosed for Your Honor's convenient reference. In light of the proposed settlement agreement amongst the parties, we respectfully request that the case be stayed until July 3, 2008.

Respectfully submitted,

Jeffrey H. Zaiger

Encl.

cc: Counsel for Plaintiffs
    Andrew M. White, David E. Fink, and Erin H. Fox.

611717

*Parties are to appear for a PTC on 7/30/08 10 AM if settlement papers are not filed by 7/31/08*   6/10/08

SO ORDERED
Peter K. Leisure
USDJ