

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tempo Networks, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> Cable & Wireless Jamaica Limited, <br><br> Defendant. | Civil Action No. 08 CV 2422 (PKL) (AJP) <br> ECF Case <br><br> **STIPULATION OF DISMISSAL** <br> <u>**WITH PREJUDICE**</u> |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is dismissed with prejudice. Each party shall bear its own attorneys' fees and all other costs.

Dated: June 16, 2008

WHITE O'CONNOR FINK & BRENNER LLP

_____
Andrew M. White (CA BAR NO. 60181)
(awhite@whiteo.com)
David E. Fink (CA BAR NO. 169212)
(dfink@whiteo.com)
Erin H. Fox (CA BAR NO. 245633)
(efox@whito.com)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067
Tel: (310) 712-6100
Fax: (310) 712-6199
*Attorneys for Plaintiff Tempo Networks, LLC*

GREGORY P. JOSEPH LAW OFFICES LLC

_____
Gregory P. Joseph (GJ-1210)
(gjoseph@josephnyc.com)
Mara Leventhal (ML 1218)
(mleventhal@josephnyc.com)
Jeffrey H. Zaiger (JZ-1208)
(jzaiger@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299
*Attorneys for Defendant Cable & Wireless Jamaica Limited*

226638.3.doc

6/30/08
SO ORDERED

_____
USDJ